NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5024

### M. MAROPAKIS CARPENTRY, INC.,

Plaintiff-Appellant,

v.

### UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2825, Judge Lawrence M. Baskir.

ON MOTION

### O R D E R

M. Maropakis Carpentry, Inc. moves without opposition to withdraw David W. Francis as principal counsel, to substitute Kelly H. Decker as principal counsel, and for a 30-day extension of time, until June 18, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 2 9 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David W. Francis, Esq.
Kelly H. Decker, Esq.
Courtney E. Sheehan, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 9 2009

JAN HORBALY
CLERK